JOSEPHINE E. PIRANIO (SBN 0701001)
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile:  (619) 590-1385
E-mail: jsalmon@aldridgepite.com

Attorneys for  BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-16

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ALASKA - KETCHIKAN

| In re | Case No. 18-00418 |
|---|---|
| IRENE MARTHA DUNDAS and ARCHIE EMMETT DUNDAS, | Chapter 13 |
| Debtor(s). | CERTIFICATE OF SERVICE |

I, Chansamone Kwan, declare that:

I am employed in the County of San Diego, California.  My business address is:  4375 Jutland Drive, Suite 200 San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this cause.

On <u>August 21, 2019</u>, copies of the Notice attached hereto were sent via U.S. Mail, postage prepaid, properly addressed to each name on the attached alternate mailing list.

I certify under penalty of perjury that the foregoing is true to the best of my information and belief.

DATED: <u>August 21, 2019</u>

                /s/Chansamone Kwan
                Chansamone Kwan

**ALTERNATE MAILING LIST-**

Pursuant to LBR 4001-1(c)(2), notice of the motion was served upon:

(A)  The Unites States Trustee (via ECF);

(B)  All entities upon whom the motion was served:

    (i)  The Trustee:  Nacole M. Jipping(13)
        ch13ecf@gmail.com (via ECF)

    The Debtors:
    Irene Martha Dundas
    Archie Emmett Dundas
    1922 Fairy Chasm Road
    Ketchikan, AK 99901

    Counsel for Debtors:

    Michael P. Heiser
    Law Office of Michael P. Heiser
    PO Box 23032
    Ketchikan, AK 99901
    mphesq@kpunet.net
    (via ECF)

    Entities claiming an interest in the subject property:

    (ii)  Entities liable with the debtors, if relief is sought under §1201 or §1301:

    (iii)  Persons filing an appearance or request for notice: