**Fill in this information to identify the case:**

Debtor 1 ___Irene Martha Dundas_____

Debtor 2 ___Archie Emmett Dundas_____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __Alabama____

Case number ___18-00418_____

Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-16

**Court claim no**. (if known): 4_____

**Last 4 digits** of any number you use to identify the debtor's account:   7  5  1  0

**Date of payment change:**
Must be at least 21 days after date of this notice          1/1/2020_____

**New total payment:**
Principal, interest, and escrow, if any          $_____1,700.22

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $_____324.71          New escrow payment: $_____357.19

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____          New principal and interest payment: $_____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Debtor 1    Irene Martha Dundas       Case number (*if known*) 18-00418
      First Name       Middle Name       Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    /s/ Josephine E. Piranio       Date 12/09/2019
   Signature

Print:    Josephine E. Piranio       Title Agent for Creditor
      First Name       Middle Name       Last Name

Company    Aldridge Pite, LLP

Address    4375 Jutland Dr. Suite 200; P.O. Box 17933
      Number       Street

      San Diego       CA    92177
      City       State    ZIP Code

Contact phone    (858) 750-7600       Email jsalmon@aldridgepite.com

**BAYVIEW** LOAN SERVICING

P.O. Box 331409
Miami FL  33233-1409

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---|
| COUNTY TAX | $2,737.60 |
| HAZARD INS | $1,326.00 |
| Total | $4,063.60 |

$4,063.60 / 12 months =

| | |
|---|---|
| Escrow Payment Calculation | $338.63 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:** ▬▬▬▬
**ESCROW ANALYSIS DATE: 11/11/2019**

Irene M Dundas
C/O Michael P Heiser
Law Office Of Michael P. Heise
300 Mill St Ste 20
Ketchikan, AK 99901-6575

926

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $1,343.03 |
| Required Escrow Payment | $338.63 |
| Shortage/Surplus Spread | $18.56 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

| | |
|---|---|
| **Total Payment** | **$1,700.22** |
| **New Payment Effective Date:** | **01/01/2020** |
| Current Payment Due Date: | 06/01/2018 |

This statement provides a detailed summary of activity related to your escrow account. Bayview Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

## ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 01/2020 through 12/2020 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | ESCROW ACCOUNT BALANCE PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | | $4,447.45-[1] | $1,354.56[2] |
| JAN 20 | $338.63 | | | | | | | $4,108.82- | $1,693.19 |
| FEB 20 | $338.63 | | | | | | | $3,770.19- | $2,031.82 |
| MAR 20 | $338.63 | | | | | | | $3,431.56- | $2,370.45 |
| APR 20 | $338.63 | | | | | | | $3,092.93- | $2,709.08 |
| MAY 20 | $338.63 | | | | | | | $2,754.30- | $3,047.71 |
| JUN 20 | $338.63 | | | | | | | $2,415.67- | $3,386.34 |
| JUL 20 | $338.63 | | | | | | | $2,077.04- | $3,724.97 |
| AUG 20 | $338.63 | | | | | | | $1,738.41- | $4,063.60 |
| SEP 20 | $338.63 | | | | | | $2,737.60 | COUNTY TAX | $4,137.38- | $1,664.63 |
| OCT 20 | $338.63 | | | $1,326.00 | | | | $5,124.75-* | $677.26 LP |
| NOV 20 | $338.63 | | | | | | | $4,786.12- | $1,015.89 |
| DEC 20 | $338.63 | | | | | | | $4,447.49- | $1,354.52 |
| **Total** | | | | $1,326.00 | | $2,737.60 | | | |

(1)  Your current escrow balance is negative $8,343.97. To project the next year's tax and insurance payment we added $3,896.52 for payments not yet made and subtracted $0.00 for disbursement not yet made.  This brings your projected starting balance to negative $4,447.45 (see breakdown on next page).

(LP)  The lowest (LP) required escrow balance for the next 12 months is scheduled to be $677.26 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*)  Your lowest (*) projected escrow balance for the next 12 months is scheduled to be negative $5,124.75. Your bankruptcy escrow claim amount of $5,579.25 will be added to your escrow balance.  The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $222.76. This results in a shortage once all the payments not yet made for the tax and insurance portion are received.

(2)  Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $1,354.56 to arrive at the lowest (LP) required escrow balance.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

## ESCROW SHORTAGE REMITTANCE FORM

Name: Irene M Dundas
Account Number: ▬▬▬▬            Escrow Shortage Amount: $222.76

**Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment.  If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:**

BAYVIEW LOAN SERVICING, LLC            Amount Enclosed: $_____
P.O. BOX 4425
CORAL GABLES FL 33146-4425

**Your new payment will then be: $1,681.66.**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

**Account Number:** ▮▮▮▮▮▮▮▮    **Name: Irene M Dundas**

This is a statement of actual activity in your escrow account from 01/2019 through 12/2019. Last year's projections are next to the actual activity.  Your mortgage payment for the past year was $1,667.74 of which $1,343.03 was for principal and interest and $324.71 went into your escrow account.  An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected<br>• Monthly payment(s) were received earlier OR later than expected<br>• Previous overage was returned to escrow<br>• Previous deficiency/shortage not paid entirely | • Tax rate and/or assessed value changed<br>• Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Tax bill paid earlier OR later than expected<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium changed<br>• Coverage changed<br>• Additional premium paid<br>• Insurance bill paid earlier OR later than expected<br>• Premium was not paid<br>• Premium refund received<br>• New  insurance escrow requirement paid<br>• Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $1,298.88 | $4,280.37- |
| JAN | $324.71 | $0.00 * | | | | $1,623.59 | $4,280.37- |
| FEB | $324.71 | $0.00 * | | | | $1,948.30 | $4,280.37- |
| MAR | $324.71 | $0.00 * | | | | $2,273.01 | $4,280.37- |
| APR | $324.71 | $0.00 * | | | | $2,597.72 | $4,280.37- |
| MAY | $324.71 | $0.00 * | | | | $2,922.43 | $4,280.37- |
| JUN | $324.71 | $0.00 * | | | | $3,247.14 | $4,280.37- |
| JUL | $324.71 | $0.00 * | | | | $3,571.85 | $4,280.37- |
| AUG | $324.71 | $0.00 * | | | | $3,896.56 | $4,280.37- |
| SEP | $324.71 | $0.00 * | $2,686.56 | $2,737.60 * | COUNTY TAX | $1,534.71 | $7,017.97- |
| SEP | | | | $1,326.00 * | HAZARD INS | $1,534.71 | $8,343.97- |
| OCT | $324.71 | $0.00 * | $1,210.00 | $0.00 * | HAZARD INSUR | $649.42 | $8,343.97- L |
| NOV | $324.71 | $3,571.81 *E | | | | $974.13 | $4,772.16- |
| DEC | $324.71 | $324.71  E | | | | $1,298.84 | $4,447.45- |
| Total | $3,896.52 | $3,896.52 | $3,896.56 | $4,063.60 | | | |

* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**

| | |
|---|---|
| **Current Escrow Balance** | $8,343.97- |
| **Payments Not Yet Made** | $3,896.52 |
| **Disbursements Not Yet Made** | $0.00 |
| **Projected Escrow Balance** | $4,447.45- |

At the time of your escrow account review, your expected lowest balance was $649.42 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest balance was negative $8,343.97, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged.  If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Bayview Loan Servicing, LLC., NMLS no. 2469.

**Should you require additional information, please call Customer Service: 1-800-457-5105**
**Mon-Fri, 8:00 a.m. to 7:00 p.m., EST**
**www.bayviewloanservicing.com**

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ALASKA - KETCHIKAN

In re

IRENE MARTHA DUNDAS and
ARCHIE EMMETT DUNDAS,

          Debtor(s).

Case No. 18-00418

Chapter 13

**PROOF OF SERVICE**

I, Sarah Valdez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this case.

On December 11, 2019, I caused the NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail from San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.


          /s/Sarah Valdez
          SARAH VALDEZ

- 1 -

PROOF OF SERVICE

<u>**SERVICE LIST**</u>

**<u>DEBTOR(S)</u>**
**<u>(VIA US MAIL)</u>**

Irene Martha Dundas
Archie Emmett Dundas
1922 Fairy Chasm Road
Ketchikan, AK 99901

**<u>DEBTOR(S) ATTORNEY</u>**
**<u>(VIA ELECTRONIC NOTICE</u>)**

Michael P. Heiser
Law Office of Michael P. Heiser
PO Box 23032
Ketchikan, AK 99901
mphbky@hotmail.com

**<u>CHAPTER 13 TRUSTEE</u>**
**<u>(VIA ELECTRONIC NOTICE</u>)**

Nacole M. Jipping(13)
101 E. 9TH AVE., #5A
Anchorage, AK 99501
ch13ecf@gmail.com

**<u>UNITED STATES TRUSTEE</u>**
**<u>(VIA ELELCTRONIC NOITCE)</u>**

Office of the U.S. Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101
USTPRegion18.ak.ecf@usdoj.gov

- 2 -

PROOF OF SERVICE